UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
VERONIKA MEDNIK,

                            Plaintiff,                      **ORDER**
                                                                         20-CV-427 (MKB)

                                 v.

SPECIALIZED LOAN SERVICING, LLC,

                            Defendant.
-----------------------------------------------------------------

MARGO K. BRODIE, United States District Judge:

       Plaintiff Veronika Mednik commenced the above-captioned action against Defendant Specialized Loan Servicing LLC ("SLS"), among others,[1] on January 26, 2020, alleging that SLS violated section 1681s-2(b) of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (the "FCRA") by failing to investigate and correct disputed information relating to Plaintiff's mortgage loan in reports to the credit bureaus. (Compl. ¶¶ 45–50, Docket Entry No. 1.) On August 5, 2020, SLS moved to dismiss the claim against it for lack of personal jurisdiction, improper venue, and failure to state a claim pursuant to Rules 12(b)(2), (b)(3), and (b)(6) of the Federal Rules of Civil Procedure, respectively.[2] (Def.'s Mot. to Dismiss, Docket Entry No. 40.) By Memorandum and Order dated February 23, 2021, the Court dismissed the Complaint against

---

[1] The Complaint also named Nationstar Mortgage LLC, Trans Union LLC, and Equifax Information Services LLC as defendants, but these entities are no longer parties to the case. (Stipulation of Dismissal with Nationstar Mortgage LLC, Docket Entry No. 34; Stipulation of Dismissal with Trans Union LLC, Docket Entry No. 43; Stipulation of Dismissal with Equifax Information Services LLC, Docket Entry No. 46.)

[2] (Def.'s Mot. to Dismiss, Docket Entry No. 40; Def.'s Mem. in Supp. of Def.'s Mot. ("Def.'s Mem."), Docket Entry No. 40-1; Def.'s Reply Mem. in Supp. of Def.'s Mot. ("Def.'s Reply"), Docket Entry No. 41; Pl.'s Opp'n to Def.'s Mot. ("Pl.'s Opp'n"), Docket Entry No. 44.)

Case 1:20-cv-00427-MKB-TAM   Document 49   Filed 07/26/21   Page 2 of 2 PageID #: 322

Case 1:20-cv-00427-MKB-TAM   Document 49   Filed 07/26/21   Page 2 of 2 PageID #: 322

SLS for lack of personal jurisdiction and granted Plaintiff leave to file an amended complaint within sixty days. (Mem. and Order 18, 20–21, Docket Entry No. 48.) To date, Plaintiff has not filed an amended complaint or otherwise responded to the Court's order, and the time for doing so has passed.

Accordingly, the Clerk of Court is directed to enter judgment and close this case.

Dated: July 26, 2021
       Brooklyn, New York

SO ORDERED:

s/ MKB
_____
MARGO K. BRODIE
United States District Judge

2